**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 29, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00698-CR

---

### IN RE JONATHAN A. KNOX, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 879527**

---

## MEMORANDUM OPINION

On September 29, 2022, relator Jonathan A. Knox filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the presiding judge of the 179th District Court of Harris County, to grant his motion for DNA testing and ballistic testing and his motion for accrued time and hold an evidentiary hearing.

On December 1, 2022, we sent relator notice that his petition did not comply with the applicable Texas Rules of Appellate Procedure. *See* Tex. R. App. 52.3(j), 52.3(k)(1)(A), 52.7(a)(1), 52.7(a)(2); *see also* Tex. Civ. Prac. & Rem. Code § 132.001(e). On December 15, 2022, relator filed a response to the notice.

Relator has not cured all defects in his petition. *See* Tex. R. App. 52.3(j), 52.3(k)(1)(A), 52.7(a)(1), 52.7(a)(2).

Accordingly, we dismiss relator's amended petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).